USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
          :
CHRISTOPHER WARD,          :
          :
        Plaintiff,          :         **ORDER**
          :
      -against-          :         23-cv-02530 (GHW) (KHP)
          :
KILOLO KIJAKAZI, Acting Commissioner          :
of Social Security,          :
          :
        Defendant.          :
---------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

      This case has been referred to me for a report and recommendation.  The parties are directed to meet and confer by **Monday, June 5, 2023** as to whether they jointly consent to decision of this action by a United States Magistrate Judge (that is, the undersigned), pursuant to 28 U.S.C. § 636(c).  If both parties consent to decision of this action by the undersigned, they shall complete the consent form available on the Southern District website at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf and return the form to the Clerk of the Court.  If either or both parties do not consent, counsel for Plaintiff shall file a letter to ECF on or before **Monday, June 5, 2023** stating that the parties have met and conferred regarding consenting to the undersigned but do not jointly consent.  The letter should not indicate any particular party's consent or non-consent.

      This Order is not meant to interfere in any way with the parties' absolute right to decision by a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).  Withholding

your consent will not result in any adverse consequences, however consenting to a Magistrate Judge's jurisdiction may result in a faster resolution of this action.

**SO ORDERED.**

Dated: March 29, 2023
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge