**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHRISTOPHER WARD,

                    Plaintiff,                    23 **CIVIL** 2530 (KHP)

     -v-                                     **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 30, 2023, that the action be, and hereby is, reversed & remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          November 30, 2023

                                                         **RUBY J. KRAJICK**

                                                            Clerk of Court

                             **BY:** _____
                                                            **Deputy Clerk**